Commonwealth *v.* Morin, Appellant.

778

Submitted November 8, 1971. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition. See *Commonwealth v. Lowery,* 438 Pa. 89, 263 A. 2d 332 (1970).

WRIGHT, P. J., dissents.